# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DANTE O'NEIL
ADC #118487                                                        PLAINTIFF

v.                      No. 2:19-cv-159-DPM-JJV

JERMEY ANDREWS, Warden, EARU;
JAMES DYCUS, Deputy Warden,
EARU; and VALRIE WESTBROOK,
Classification Officer, EARU                                       DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 6. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). O'Neil may proceed with his retaliation claim against Defendant Andrews. All other claims are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2020