# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DANTE O'NEIL                                              PLAINTIFF

v.                       No: 2:19-cv-159-DPM

JEREMY ANDREWS,
Warden, EARU                                              DEFENDANT

## JUDGMENT

O'Neil's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 March 2020